| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>LAUREN M. BLAS, SBN 296823<br>lblas@gibsondunn.com<br>MICHAEL HOLECEK, SBN 281034<br>mholecek@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br><br>ATTORNEY(S) FOR:  Defendants | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAN ESCOBAR, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>AMAZON.COM, LLC; AMAZON LOGISTICS, INC.; AND DOES 1 TO 100, INCLUSIVE<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-08026<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Amazon.com Services LLC (erroneously sued as Amazon.com, LLC) and Amazon Logistics, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dallan Escobar | Plaintiff |
| Amazon.com Services LLC | Defendant |
| Amazon Logistics, Inc. | Defendant |
| Amazon.com Sales, Inc. | Sole member of Amazon.com Services LLC |
| Amazon.com, Inc. | Amazon Sales, Inc. and Amazon Logistics, Inc. are 100% owned by Amazon.com, Inc. |

| | |
|---|---|
| October 8, 2021<br>Date | /s/ Lauren Blas<br>Signature |

Attorney of record for (or name of party appearing in pro per):
Amazon.com Services LLC (erroneously sued as Amazon.com, LLC) and Amazon Logistics, Inc.