LAUREN M. BLAS, SBN 296823
  lblas@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JENNIFER K. BRACHT, SBN 300385
  jbracht@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 303.298.5907

Attorneys for Defendants
AMAZON.COM SERVICES LLC (erroneously named as AMAZON.COM, LLC) and
AMAZON LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DALLAN ESCOBAR, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, LLC; AMAZON LOGISTICS, INC.; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-08026<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S AND AMAZON LOGISTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>(San Bernardino County Superior Court Case No. CIVSB2123066)<br><br>Action Filed:    August 11, 2021 |

Gibson, Dunn & Crutcher LLP

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Amazon.com Services, LLC (erroneously named as Amazon.com, LLC) and Amazon Logistics, Inc. certifies the following:

Both Amazon.com Services, LLC and Amazon Logistics, Inc. are wholly owned by Amazon.com, Inc.

Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation and no publicly held corporations own ten percent (10%) or more of Amazon.com, Inc.'s stock.

Respectfully submitted,

*/s/ Lauren M. Blas*
Lauren M. Blas